USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 10/25/2013

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
                                                    :
In re:                                               :
                                                    :
LEHMAN BROTHERS HOLDING INC., et al.,   :         13 Civ. 07481 (LGS)
                                                    :
                                    Debtors.       :         <u>ORDER</u>
                                                    :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, United States District Judge:

       WHEREAS counsel for the Federal Housing Finance Authority and the Federal Home Mortgage Corporation filed a motion to withdraw the bankruptcy reference on October 23, 2013, it is hereby

       ORDERED that counsel for all parties appear for an initial conference with the Court on **October 31, 2013**, at **10:30 a.m.**, in **Courtroom 1106** of the United States District Court for the Southern District of New York, Thurgood Marshall U.S. Courthouse at **40 Foley Square**, New York, New York.  All pretrial conferences must be attended by the attorney who will serve as principal trial counsel.  Any open legal issues can be addressed at the conference.

       IT IS FURTHER ORDERED that all parties review and comply with the Court's Individual Rules and Procedures ("Individual Rules") (available at the Court's website, http://nysd.uscourts.gov/judge/Schofield).

       IT IS FURTHER ORDERED that no later than **October 29, 2013**, the parties submit, in accordance with the Court's Individual Rules, simultaneous letters not to exceed 3 pages addressing the nature of the case, the principal claims and defenses, the principal legal and other grounds in support of and opposition to the motion, and any other information that the parties believe may assist this Court in resolving the action.

Any request for an extension or adjournment shall be made by letter as provided in Individual Rule I.B.2 and must be received at least 48 hours before the deadline or conference. Unless counsel are notified that the conference has been adjourned, it will be held as scheduled.

Dated: October 25, 2013
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE